# CHARGES AND PENALTIES

**CASE NAME:** FAROOQ S. YASEEN         **CASE NO.** 4:21-CR-6042-SMJ-19

**TOTAL # OF COUNTS:** 23    ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Dec 07, 2021
SEAN F. MCAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 54-57 | 18 U.S.C. § 1343 | Wire Fraud | CAG not more than 20 years; and /or $250,000 fine; 3 years supervised release; a $100 special penalty assessment and payment of restitution |
| 38-53 | 18 U.S.C. § 1341 | Mail Fraud | CAG not more than 20 years; and /or $250,000 fine; 3 years supervised release; a $100 special penalty assessment and payment of restitution |
| 126 | 18 U.S.C. §§ 1341, 1343, 1349 | Conspiracy to Commit Mail Fraud and Wire Fraud | CAG not more than 20 years; and /or $250,000 fine; 3 years supervised release; a $100 special penalty assessment and payment of restitution |
| 127 | 18 U.S.C. §§ 1347, 1349 | Conspiracy to Commit Health Care Fraud | CAG not more than 10 years; and /or $250,000 fine; 3 years supervised release; a $100 special penalty assessment and payment of restitution |
| | | | |
| | | | |
| | | | |