Vanessa R. Waldref
United States Attorney
Eastern District of Washington
George J.C. Jacobs, III.
Dominique Juliet Park
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 07, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ALI ABED YASER<br>(a/k/a "Abu Hasanain"),<br>HUSSEIN A. YASIR<br>(a/k/a "Abu Fakhri"),<br>INSAF A. KARAWI,<br>HASANEIN A. YASER,<br>AHMAD K. BACHAY<br>(a/k/a "Muthalath," "Humayad"),<br>MASHAEL A. BACHAY,<br>MOHAMMAD BAJAY<br>(a/k/a "Abu Jabbar"),<br>HUSSAIN K. BACHAY,<br>NOOR TAHSEEN AL-MAAREJ<br>(a/k/a "Noor T. Almarej"),<br>ALI F. AL-HIMRANI,<br>RANA J. KAABAWI,<br>AMAR F. ABDUL-SALAM,<br>AMEER R. MOHAMMED,<br>MOHAMMED F. AL-HIMRANI,<br>MARIA ELENA SANCHEZ,<br>SEIFEDDINE A. AL-KINANI,<br>ABDULLAH AL-DULAIMI, | Case No.:　4:21-CR-6042-SMJ<br><br>Motion To Seal Indictment |

MOTION TO SEAL INDICTMENT - 1

| | |
|---|---|
| 1 | FIRAS S. HADI, |
| 2 | FAROOQ S. YASEEN, |
| 3 | KHALIL ABDUL-RAZAQ, |
| | JESUS GEORGE SANCHEZ, |
| 4 | SINAN AKRAWI, and |
| 5 | MOHAMMED NAJI AL-JIBORY, |
| 6 | Defendants. |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and George J.C. Jacobs, III., and Dominique Juliet Park, Assistant United States Attorneys for the Eastern District of Washington, moves the Court pursuant to Federal Criminal Procedure Rule 49.1(d), for an Order sealing the Indictment until any named Defendant is arrested. After any named Defendant is arrested, the United States moves for the immediate unsealing of the Indictment as to all Defendants.

Dated: December _7_, 2021.

Vanessa R. Waldref
United States Attorney

*s/ George J.C. Jacobs, III*
George J.C. Jacobs, III
Assistant United States Attorney