FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 07, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALI ABED YASER
(a/k/a "Abu Hasanain"),
HUSSEIN A. YASIR
(a/k/a "Abu Fakhri"),
INSAF A. KARAWI,
HASANEIN A. YASER,
AHMAD K. BACHAY
(a/k/a "Muthalath," "Humayad"),
MASHAEL A. BACHAY,
MOHAMMAD BAJAY
(a/k/a "Abu Jabbar"),
HUSSAIN K. BACHAY,
NOOR TAHSEEN AL-MAAREJ
(a/k/a "Noor T. Almarej"),
ALI F. AL-HIMRANI,
RANA J. KAABAWI,
AMAR F. ABDUL-SALAM,
AMEER R. MOHAMMED,
MOHAMMED F. AL-HIMRANI,
MARIA ELENA SANCHEZ,
SEIFEDDINE A. AL-KINANI,
ABDULLAH AL-DULAIMI,
FIRAS S. HADI,
FAROOQ S. YASEEN,
KHALIL ABDUL-RAZAQ,

Case No.: 4:21-CR-6042-SMJ

Order To Seal Indictment

Order to Seal Indictment - 1

JESUS GEORGE SANCHEZ,
SINAN AKRAWI, and
MOHAMMED NAJI AL-JIBORY,

    Defendant.

IT IS HEREBY ORDERED that the Indictment is sealed until any named Defendant is arrested. After any named Defendant is arrested, the Indictment will be unsealed as to all Defendants.

DATED this __7th__ day of December 2021.

_m. k. Dimke_
Mary K. Dimke
United States Magistrate Judge

Order to Seal Indictment - 2