Vanessa R. Waldref
United States Attorney
Eastern District of Washington
George J.C. Jacobs, III
Dominique J. Park
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>ALI ABED YASER,<br>(a/k/a "Abu Hasanain"),<br>HUSSEIN A. YASIR,<br>(a/k/a "Abu Fakhri"),<br>INSAF A. KARAWI,<br>HASANEIN A. YASER,<br>NOOR TAHSEEN AL-MAAREJ,<br>(a/k/a "Noor T. Almarej"),<br>AMEER R. MOHAMMED,<br>MARIA ELENA SANCHEZ,<br>KHALIL ABDUL-RAZAQ,<br>JESUS GEORGE SANCHEZ, and<br>MOHAMMED NAJI AL-JIBORY,<br><br>                  Defendants. | Case No.: 4:21-CR-06042-SMJ-(1), (2), (3), (4), (9), (13), (15), (20), (21), and (23)<br><br>Government's Motion To Disclose To Defense Counsel But Not Unseal<br><br>Without Oral Argument<br><br>January 20, 2022 @ 6:30p.m. |

     Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and George J.C. Jacobs, III, and Dominique J. Park, Assistant United States Attorneys for the Eastern District of Washington, respectfully submits the following Motion to Disclose to Defense

Government's Motion To Disclose To Defense Counsel But Not Unseal - 1

Counsel But Not Unseal. Defense counsel has been advised of the instant motion and has no objection.

On December 7, 2021, the Grand Jury for the U.S. District Court for the Eastern District of Washington issued an Indictment charging Wire Fraud, in violation of 18 U.S.C. § 1343; Mail Fraud in violation of 18 U.S.C. § 1341; Consipiracy to Commit Mail Fraud and Wire Fraud, in violation of 18 U.S.C. §§ 1341, 1343, 1349; Conspiracy to Commit Health Care Fraud in violation of 18 U.S.C. §§ 1347, 1349; Tampering with Witness in violation of 18 U.S.C. § 1512(a)(2)(C); Tampering with Witness in violation of 18 U.S.C. § 1512(b)(1); Attemtped Tampering with Evidence in violation of 18 U.S.C. § 1512(b)(2)(B); Attempted Obstruction of an Officail Proceeding in violation of 18 U.S.C. §1512(c)(2); Conspiracy to Obstruct an Official Proceeding in violation of 18 U.S.C. §§ 1512(a)(2)(C), 1512(b)(1), 1512(b)(3), 1512(c)(2), 1512(k); and Making False Statements Within Jurisdiction of Executive Branch in violation of 18 U.S.C. §1001(a)(2). ECF No. 1.

The underlying investigation that resulted in this Indictment involved 45 sealed search warrant applications to the Court in this district. For a number of reasons, the documents should remained sealed to public access. The primary basis for the request is that these sealed documents pertain to an ongoing investigation and may, by inference, involve targets which have not yet been fully identified by law enforcement as having been involved in this underlying conduct.

The United States acknowledges that the defendant needs access to the information contained within those documents to evaluate their exposure, enter plea negotiations, and prepare a defense.

**I.     Disclosure But Not Unsealing:**

To achieve the balance between the need to seal documents from public disclosure and the right of the Defendant to be advised of the basis of the charge(s) against him or her, the United States respectfully requests this Court to authorize the United States to disclose the documents below to defense counsel in discovery.

Accordingly, the United States requests authorization to provide the following documents to defense counsel in this case while those documents remain under seal for all other purposes:

1. **Search Warrants:**

All documents filed in the following case numbers:

- a) No. 20-MJ-7109-MKD
- b) No. 20-MJ-7110-MKD
- c) No. 20-MJ-7111-MKD
- d) No. 20-MJ-7112-MKD
- e) No. 20-MJ-7113-MKD
- f) No. 20-MJ-7115-MKD
- g) No. 20-MJ-07119-MKD
- h) No. 20-MJ-07120-MKD
- i) No. 20-MJ-07121-MKD
- j) No. 20-MJ-07122-MKD
- k) No. 20-MJ-07123-MKD
- l) No. 20-MJ-07124-MKD
- m) No. 20-MJ-07125-MKD
- n) No. 20-MJ-07126-MKD
- o) No. 20-MJ-07127-MKD
- p) No. 20-MJ-07128-MKD
- q) No. 20-MJ-07129-MKD
- r) No. 20-MJ-07130-MKD
- s) No. 20-MJ-07131-MKD
- t) No. 20-MJ-07132-MKD
- u) No. 20-MJ-07133-MKD
- v) No. 20-MJ-07134-MKD
- w) No. 20-MJ-07136-MKD
- x) No. 20-MJ-07137-MKD
- y) No. 20-MJ-07138-MKD

|  |  |  |
|---|---|---|
| z) | No. 20-MJ-07139-MKD |
| aa) | No. 20-MJ-07140-MKD |
| bb) | No. 20-MJ-07141-MKD |
| cc) | No. 20-MJ-07142-MKD |
| dd) | No. 20-MJ-07143-MKD |
| ee) | No. 20-MJ-07144-MKD |
| ff) | No. 20-MJ-07145-MKD |
| gg) | No. 20-MJ-07146-MKD |
| hh) | No. 20-MJ-07147-MKD |
| ii) | No. 20-MJ-07148-MKD |
| jj) | No. 20-MJ-07149-MKD |
| kk) | No. 20-MJ-07150-MKD |
| ll) | No. 20-MJ-07151-MKD |
| mm) | No. 20-MJ-07152-MKD |
| nn) | No. 20-MJ-07153-MKD |
| oo) | No. 20-MJ-07154-MKD |
| pp) | No. 20-MJ-07155-MKD |
| qq) | No. 20-MJ-07156-MKD |
| rr) | No. 20-MJ-07157-MKD |
| ss) | No. 20-MJ-07158-MKD |

**II.    Reference of the Existence and the Content of Sealed Documents:**

In addition to the disclosure of the aforementioned sealed documents to defense counsel, the United States respectfully requests this Court to authorize any attorney for the Government, and or any Government witness, appearing in court (including U.S. Magistrate Court, U.S. District Court, and the U.S. Court of Appeals for the Ninth Circuit) in any hearings related to the prosecution of this case to make open-Court and/or closed-Court references to the existence and/or the content of such sealed documents. Likewise, the United States further requests this Court to authorize defense counsel appointed or retained to represent Defendants charged pursuant to this

Indictment, or any Superseding Indictment or Information, to make open-Court and/or closed-Court references to the existence and/or the content of such sealed documents.

Dated: December 20, 2021.

        Vanessa R. Waldref
        United States Attorney

        *s/ George J.C. Jacobs, III*
        George J.C. Jacobs, III
        Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Counsel of record.

s/ George J.C. Jacobs, III<br>
George J.C. Jacobs, III<br>
Assistant United States Attorney