Vanessa R. Waldref
United States Attorney
Eastern District of Washington
George J.C. Jacobs, III
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALI ABED YASER,<br>(a/k/a "Abu Hasanain"),<br>HUSSEIN A. YASIR,<br>(a/k/a "Abu Fakhri"),<br>INSAF A. KARAWI,<br>HASANEIN A. YASER,<br>NOOR TAHSEEN AL-MAAREJ,<br>(a/k/a "Noor T. Almarej"),<br>AMEER R. MOHAMMED,<br>MARIA ELENA SANCHEZ,<br>KHALIL ABDUL-RAZAQ,<br>JESUS GEORGE SANCHEZ, and<br>MOHAMMED NAJI AL-JIBORY,<br><br>Defendants. | Case No.: 4:21-CR-06042-SMJ-(1), (2), (3), (4), (9), (13), (15), (20), (21), and (23)<br><br>MOTION TO EXPEDITE<br><br>Without Oral Argument<br>December 21, 2021 @ 6:30 |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and George J.C. Jacobs, III, Assistant United States Attorney for the Eastern District of

///

///

Motion To Expedite Hearing – 1

Washington, submits the following Motion to Expedite Hearing without oral argument on Government's Motion To Disclose To Defense Counsel But Not Unseal.

Dated: December 20, 2021.

Vanessa R. Waldref
United States Attorney

*s/ George J.C. Jacobs, III*
George J.C. Jacobs, III
Assistant United States Attorney

Motion To Expedite Hearing – 2

# CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the Counsel of record.

<u>s/ George J.C. Jacobs, III</u><br>
George J.C. Jacobs, III<br>
Assistant United States Attorney

Motion To Expedite Hearing – 3