Adam R. Pechtel / WSBA #43743
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091

Attorney for Defendant

United States District Court
Eastern District of Washington
Before the Hon. Salvador Mendoza, Jr.

| | |
|---|---|
| United States of America, | No. 4:21-CR-06042-SMJ-2 |
| Plaintiff, | |
| v. | Defendant Yasir's Motion for Discovery Conference Hearing |
| Hussein Yasir, | |
| Defendant. | January 20, 2021 at 11:15 AM<br>*Without oral argument* |

Defendant Yasir, through his attorney of record, moves the Court under Fed. R. Crim. P. 16(d)(1) to hold a discovery conference hearing.

On December 29, 2021 (the deadline for pretrial motions), the undersigned received a password protected hard drive from the Government containing 931 GB of discovery (GB, not MB). This discovery contains approximately 10,805 files, of which about 8,475

are PDF files. The remaining 2,330 files are of various file types. A quick review by counsel identified about 1,500 of these files are image files (e.g. .jpg, .tiff), about 226 are audio/visual recordings of some sort (e.g. .wav, .mp4), about 161 are database files (e.g. .xml), about 38 are websites (e.g. .html) and 27 are spreadsheets (e.g. .xlsx). That leaves about 372 files with file types not immediately recognized by counsel.

Counsel anticipates additional discovery may be forthcoming from the Government.

Mr. Yasir respectfully asks the Court to regulate the disclosure of discovery under Fed. R. Crim. P. 16(d)(1) by holding a discovery conference at the pretrial hearing. Mr. Yasir respectfully asks the Court to order the Government to disclose at the discovery conference hearing, to the best of their current knowledge, the nature and extent of any anticipated additional discovery. The purpose of this hearing is to ensure the efficient dissemination of this knowledge to all defendants and their counsel and to facilitate case budgeting.

//

//

Dated: December 29, 2021                    Respectfully Submitted,

                                            s/Adam R. Pechtel

                                            Adam R. Pechtel/ WSBA #43743
                                            Attorney for Defendant
                                            Pechtel Law PLLC
                                            21 N Cascade St
                                            Kennewick, WA 99336
                                            Telephone: (509) 586-3091
                                            Email: adam@pechtellaw.com

Discovery Conference Motion
- 3

SERVICE CERTIFICATE

I hereby certify that on December 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>N/A</u>.

s/Adam R. Pechtel
Adam R. Pechtel/ WSBA #43743
Attorney for Defendant Yasir
Pechtel Law PLLC
21 N Cascade St
Kennewick, WA 99336
Telephone: (509) 586-3091
Email: adam@pechtellaw.com