Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Dominique Juliet Park
George J.C. Jacobs, III
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 4:21-CR-06042-SMJ |
| v. | |
| ALI ABED YASER<br>HUSSEIN A. YASIR<br>INSAF A. KARAWI,<br>HASANEIN A. YASER,<br>AHMAD K. BACHAY<br>(a/k/a "Muthalath," "Humayad"),<br>MASHAEL A. BACHAY,<br>MOHAMMAD BAJAY<br>(a/k/a "Abu Jabbar"),<br>HUSSAIN K. BACHAY,<br>NOOR TAHSEEN AL-MAAREJ<br>(a/k/a "Noor T. Almarej"),<br>ALI F. AL-HIMRANI,<br>RANA J. KAABAWI,<br>AMAR F. ABDUL-SALAM,<br>AMEER R. MOHAMMED,<br>MOHAMMED F. AL-HIMRANI,<br>MARIA ELENA SANCHEZ,<br>SEIFEDDINE A. AL-KINANI,<br>ABDULLAH AL-DULAIMI,<br>FIRAS S. HADI, | United States' Status Report Concerning the Nature and Extent of Anticipated Additional Discovery |

| | |
|---|---|
| 1 | FAROOQ S. YASEEN, |
| 2 | KHALIL ABDUL-RAZAQ, |
| 3 | JESUS GEORGE SANCHEZ, |
| 4 | SINAN AKRAWI, and |
| | MOHAMMED NAJI AL-JIBORY, |
| 5 | Defendants. |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Dominique Juliet Park, and George J.C. Jacobs, III, Assistant United States Attorneys for the Eastern District of Washington, submits this status report, as ordered by the Court at ECF No. 185, concerning the nature and extent of anticipated additional discovery.

**Anticipated Additional Discovery**

To the best of its knowledge, the United States anticipates the nature and extent of additional discovery will include:

- Grand jury transcripts
- Out-of-district (SDCA) search warrants and applications executed in connection with the investigation
- ESI (*e.g.*, digital forensic copies of electronic devices) seized pursuant to search warrants[1]
- ESI seized from Defendant Maria Elena Sanchez that is undergoing a filter review for attorney-client privilege material
- Jail calls
- Pole camera video[2]
- Witness criminal histories

---

[1] Production of all seized and imaged electronic devices will require approximately 14 Terabytes ("TB") of storage capacity.

[2] The pole camera was situated down the street from the residence of Defendant Ali Abed Yaser from approximately August 15, 2019, to June 16, 2020. Production of the pole camera video will require approximately 1.81 TBs of storage capacity.

2

- Defendant criminal histories[3]
- Copies of communications obtained from the confidential human source's ("CHS") phones relevant to the case
- Copies of text messages and call logs from the FBI Special Agent Matthew McKay's (the case agent) relevant to the case
- Copies of text messages and call logs obtained from FBI linguist Ghassan Hajjar's phone with the CHS relevant to the case
- Finalized English-translations (summary and/or verbatim) of recorded Arabic conversations involving the CHS and other individuals relevant to this case
- FBI Sentinel (automated case management system) records from November 2021 to present relevant to this case
- Information (including monetary benefits) regarding the CHS
- *Henthorn* material (if any)

**First Discovery Production**

On the dates below, the United States made an initial production of discovery to counsel representing thirteen defendants:

| Defendant | Counsel | Date Sent |
|---|---|---|
| Ali Abed Yaser (1) | Craig Webster | 12/28/2021 |
| Hussein Yasir (2) | Adam Pechtel | 12/28/2021 |
| Ameer Mohammed (13) | Ricardo Hernandez | 12/28/2021 |
| Khalil Abdul-Razaq (20) | Zachary Ayers | 12/28/2021 |
| Mohammed Naji Al-Jibory (20) | Bryan Whitaker | 12/28/2021 |
| Mohammed Al-Himrani (14) | Deric Orr | 1/3/2022 |
| Ali F. Al-Himrani (10) | Scott Johnson | 1/3/2022 |
| Noor Tahseen Al-Mareej (9) | Gregory Lockwood | 1/4/2022 |
| Insaf Karawi (3) | Nicholas W. Marchi | 1/5/2022 |
| Seifeddine A. Al-Kinani (16) | Gregory Scott | 1/5/2022 |
| Firas S. Hadi (18) | Gary Metro | 1/7/2022 |
| Hasanein Yaser (4) | Richard Smith | 1/7/2022 |
| Jesus George Sanchez (21) | Doug McKinley | 1/7/2022 |

---

[3] Criminal histories of several defendants were produced to defense counsel listed in the first discovery production table.

The initial production included:

| Bates Range | Description | Size (GB) |
|---|---|---|
| 10000001 – 10002606 | FBI Reports & Investigative Materials | 15.2 |
| 20000001 – 20000354 | CHS Audio Files | 24.6 |
| 30000030-30000077, 30000112-30000114, 30000117-30000129, 30000136-30000137 | Search Warrants[1] | 0.92 |
| 40000001 – 40000018 | Additional Reports | 0.03 |
| 50000001 – 50000015 | Recorded Interviews | 14.1 |
| 60000001 – 60006522 | Claim Files | 41.7 |
| 70000001 – 70000544 | Bank Records | 3.46 |
| 80000001 – 80000689 | Other Disclosures | 5.14 |
| | **Total:** | **105.15 GB** |

For each discovery series produced to date, the United States provided a .csv file that contains a full Bates numbered index, including file names, of produced records. An example of the cover letter sent to defense counsel regarding this discovery is attached as Exhibit 1.

The United States understands its discovery obligations and intends to continue producing discovery in compliance with these obligations.

Respectfully submitted,

Vanessa R. Waldref
United States Attorney

s/ *Dominique Juliet Park*
Dominique Juliet Park
Assistant United States Attorney

4

# **CERTIFICATE OF SERVICE**

I, Dominique Juliet Park, hereby certify that on January 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Craig Webster, Craig_Webster@fd.org

Adam R. Pechtel, adam@pechtellaw.com

Nicholas W. Marchi, nmarchi@carmarlaw.com

Gregory Lee Scott, gregory@scottlaw.net

Kent Neil Doll, Jr, kdoll@ks-lawyers.com

Richard A Smith, rasmith@house314.com

John Gregory Lockwood, jgregorylockwood@hotmail.com

Ricardo Hernandez, rick@rickhernandez.lawyer

Tim Nguyen, timnguyen@troyleelaw.net

Troy Joseph Lee, troylee@troyleelaw.net

Zachary Lynn Ayers, zach@ayerslawfirm.net

Douglas E McKinley, Jr, doug@mckinleylaw.com

Bryan P Whitaker, whitakerattorney@hotmail.com

Deric John Orr, Deric@johnsonorr.com

John Gary Metro, garymetro@outlook.com

Robert Michael Seines, rseines@msn.com

Roger James Peven, rjpeven@gmail.com

*s/ Dominique Juliet Park*
Dominique Juliet Park
Assistant United States Attorney