KENT NEIL DOLL, JR., WSBA 40549
Kirkpatrick & Startzel, P.S.
108 N. Washington Street, Suite 201
Spokane, WA 99201
Telephone: (509) 455-3647
Facsimile: (509) 624-2081
Email: kdoll@ks-lawyers.com

Attorney for Defendant Rana Kaabawi

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALI ABED YASER<br>(a/k/a "Abu Hasanain"),<br>HUSSEIN A. YASIR<br>(a/k/a "Abu Fakhri"),<br>INSAF A. KARAWI,<br>HASANEIN A. YASER,<br>AHMAD K. BACHAY<br>(a/k/a "Muthalath," "Humayad"),<br>MASHAEL A. BACHAY,<br>MOHAMMAD BAJAY<br>(a/k/a "Abu Jabbar"),<br>HUSSAIN K. BACHAY,<br>NOOR TAHSEEN AL-MAAREJ<br>(a/k/a "Noor T. Almarej"),<br>ALI F. AL-HIMRANI,<br>RANA J. KAABAWI, | NO. 4:21-CR-6042-SMJ-11<br><br>DEFENDANT RANA KAABAWI'S STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO ABATE/STAY PROCEEDINGS |

DEFENDANT RANA KAABAWI'S STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO ABATE/STAY PROCEEDINGS - 1 of 3

KIRKPATRICK & STARTZEL, P.S.
ATTORNEYS AT LAW
108 N. Washington Street, Ste. 201
Spokane, Washington 99201
Telephone (509) 455-3647

|     |     |
| --- | --- |
| 1   | AMAR F. ABDUL-SALAM, |
| 2   | AMEER R. MOHAMMED, |
|     | MOHAMMED F. AL-HIMRANI, |
| 3   | MARIA ELENA SANCHEZ, |
| 4   | SEIFEDDINE A. AL-KINANI, |
|     | ABDULLAH AL-DULAIMI, |
| 5   | FIRAS S. HADI, |
| 6   | FAROOQ S. YASEEN, |
| 7   | KHALIL ABDUL-RAZAQ, |
|     | JESUS GEORGE SANCHEZ, |
| 8   | SINAN AKRAWI, and |
| 9   | MOHAMMED NAJI AL-JIBORY, |
| 10  |     |
| 11  |              Defendants. |

My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. §-3161, to go to trial within a 70-day period. My attorney has also advised me that a continuance of the trial is needed, and we discussed the reasons for a continuance.

A motion to continue the trial has been filed.

My attorney has advised me, and I understand that, if the Court grants the motion to continue that all time between the date the motion to continue was filed and the new date for trial will be excluded from the speedy-trial period under the Speedy Trial Act.

After reviewing the motion and discussing the reasons for the requested continuance with my attorney, I knowingly and voluntarily ask this Court to grant that motion to continue and reset the trial date from its current date of February 22,

DEFENDANT RANA KAABAWI'S STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO ABATE/STAY PROCEEDINGS - 2 of 3

KIRKPATRICK & STARTZEL, P.S.
ATTORNEYS AT LAW
108 N. Washington Street, Ste. 201
Spokane, Washington 99201
Telephone (509) 455-3647

2022, to a date not later than August 22, 2022, for the following reasons as found in 18 U.S.C. § 3161: The case has been declared complex. The substantial discovery will be organized and provided to counsel. The Defendant and his counsel need time to review the substantial discovery and additional time is needed to prepare for trial.

<u>Approved by Phone</u>
Defendant Rana Kaabawi
Date: 1/31/2022

I have read this form and discussed the contents with my client.

<u>*s/Kent Neil Doll, Jr.*</u>
Kent Neil Doll, Jr., WSBA 40549
Attorney for Defendant Rana Kaabawi
Date: 1/31/2022

DEFENDANT RANA KAABAWI'S STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO ABATE/STAY PROCEEDINGS - 3 of 3

**KIRKPATRICK & STARTZEL, P.S.**
**ATTORNEYS AT LAW**
108 N. Washington Street, Ste. 201
Spokane, Washington 99201
Telephone (509) 455-3647