FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALI ABED YASER (01),<br>HUSSEIN A. YASER (02),<br>INSAF A. KARAWI (03),<br>HASANEIN A. YASER (04),<br>AHMAD K. BACHAY (05),<br>MASHAEL A. BACHAY (06),<br>MOHAMMED BAJAY (07),<br>HUSSAIN K. BACHAY (08),<br>NOOR TAHSEEN AL-MAAREJ (09),<br>ALI F. AL-HIMRANI (10),<br>RANA J. KAABAWI (11),<br>AMAR F. ABDUL-SALAM (12),<br>AMEER R. MOHAMMED (13),<br>MOHAMMED F. AL-HIMRANI (14),<br>MARIA ELENA SANCHEZ (15),<br>SEIFEDDINE AL-KINANI (16),<br>ABDULLAH AL-DULAIMI (17),<br>FIRAS S. HADI (18),<br>FAROOQ S. YASEEN (19),<br>KHALIL ABDUL-RAZAQ (20),<br>JESUS GEORGE SANCHEZ (21),<br>SINAN AKRAWI (22), and<br>MOHAMMED NAJI AL-JIBORY (23),<br><br>Defendants. | No. 4:21-CR-06042-MKD<br><br>ORDER AUTHORIZING DISCLOSURE<br><br>**ECF Nos. 254, 255** |

ORDER AUTHORIZING DISCLOSURE - 1

Before the Court are the United States' Motion to Disclose to Defense Counsel But Not Unseal, ECF No. 254, and related Motion to Expedite, ECF No. 255. The United States asserts that the underlying investigation in this matter involved 45 sealed search warrant applications and that ongoing investigations necessitate that those sealed documents remain sealed. However, the United States acknowledges that Defendants require access to information contained in those documents. Accordingly, the United States moves the Court to disclose to defense counsel but not unseal the documents at issue. The United States additionally requests the Court to authorize any attorney in this matter to make open-court or closed-court references to the existence and content of the sealed documents. The Court, having reviewed the motions and the docket, is fully informed. This Order supplements the Court's previous Order Authorizing Disclosure, ECF No. 178.

**IT IS ORDERED:**

1. The United States' Motion to Expedite **(ECF No. 255)**, is **GRANTED**.

2. The United States' Motion to Disclose to Defense Counsel But Not Unseal (**ECF No. 254**) is **GRANTED**.

   Although the documents will remain under seal, the United States is authorized to disclose to defense counsel as discovery all documents in the following case numbers:

| | |
|---|---|
| 1. | No. 20-MJ-7109-MKD |
| 2. | No. 20-MJ-7110-MKD |
| 3. | No. 20-MJ-7111-MKD |
| 4. | No. 20-MJ-7112-MKD |
| 5. | No. 20-MJ-7113-MKD |
| 6. | No. 20-MJ-7115-MKD |
| 7. | No. 20-MJ-07119-MKD |
| 8. | No. 20-MJ-07120-MKD |
| 9. | No. 20-MJ-07121-MKD |
| 10. | No. 20-MJ-07122-MKD |
| 11. | No. 20-MJ-07123-MKD |
| 12. | No. 20-MJ-07124-MKD |
| 13. | No. 20-MJ-07125-MKD |
| 14. | No. 20-MJ-07126-MKD |
| 15. | No. 20-MJ-07127-MKD |
| 16. | No. 20-MJ-07128-MKD |
| 17. | No. 20-MJ-07129-MKD |
| 18. | No. 20-MJ-07130-MKD |
| 19. | No. 20-MJ-07131-MKD |
| 20. | No. 20-MJ-07132-MKD |
| 21. | No. 20-MJ-07133-MKD |
| 22. | No. 20-MJ-07134-MKD |
| 23. | No. 20-MJ-07136-MKD |
| 24. | No. 20-MJ-07137-MKD |
| 25. | No. 20-MJ-07138-MKD |
| 26. | No. 20-MJ-07139-MKD |
| 27. | No. 20-MJ-07140-MKD |
| 28. | No. 20-MJ-07141-MKD |
| 29. | No. 20-MJ-07142-MKD |
| 30. | No. 20-MJ-07143-MKD |
| 31. | No. 20-MJ-07144-MKD |
| 32. | No. 20-MJ-07145-MKD |
| 33. | No. 20-MJ-07146-MKD |
| 34. | No. 20-MJ-07147-MKD |
| 35. | No. 20-MJ-07148-MKD |
| 36. | No. 20-MJ-07149-MKD |
| 37. | No. 20-MJ-07150-MKD |
| 38. | No. 20-MJ-07151-MKD |
| 39. | No. 20-MJ-07152-MKD |
| 40. | No. 20-MJ-07153-MKD |

41. No. 20-MJ-07154-MKD
42. No. 20-MJ-07155-MKD
43. No. 20-MJ-07156-MKD
44. No. 20-MJ-07157-MKD
45. No. 20-MJ-07158-MKD

Any attorney for the Government and any Government witness appearing in court (including U.S. Magistrate Court, U.S. District Court, and the U.S. Court of Appeals for the Ninth Circuit) in any hearing related to the prosecution of this case may make open-Court and/or closed-Court references to the existence and content of such sealed documents. Likewise, defense counsel appointed or retained to represent Defendants charged pursuant to this Indictment, or any Superseding Indictment or Information, may make open-Court and/or closed-Court references to the existence and content of such sealed documents.

This Order shall apply to the United States and to all defense counsel of record who represent a Defendant who has been arraigned in this matter at the time of this Order. For any Defendant not yet arraigned, this Order shall apply to such Defendant and that Defendant's counsel of record upon arraignment. If such counsel object to this Order, they may bring their objection to the Court's attention by motion.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S.

Marshals Service.

DATED January 31, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER AUTHORIZING DISCLOSURE - 5