UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALI ABED YASER (01),<br>HUSSEIN A. YASER (02),<br>INSAF A. KARAWI (03),<br>HASANEIN A. YASER (04),<br>AHMAD K. BACHAY (05),<br>MASHAEL A. BACHAY (06),<br>MOHAMMED BAJAY (07),<br>HUSSAIN K. BACHAY (08),<br>NOOR TAHSEEN AL-MAAREJ (09),<br>ALI F. AL-HIMRANI (10),<br>RANA J. KAABAWI (11),<br>AMAR F. ABDUL-SALAM (12),<br>AMEER R. MOHAMMED (13),<br>MOHAMMED F. AL-HIMRANI (14),<br>MARIA ELENA SANCHEZ (15),<br>SEIFEDDINE AL-KINANI (16),<br>ABDULLAH AL-DULAIMI (17),<br>FIRAS S. HADI (18),<br>FAROOQ S. YASEEN (19),<br>KHALIL ABDUL-RAZAQ (20),<br>JESUS GEORGE SANCHEZ (21),<br>SINAN AKRAWI (22), and<br>MOHAMMED NAJI AL-JIBORY (23),<br><br>Defendants. | No. 4:21-CR-06042-MKD<br><br>ORDER (1) DIRECTING MEET AND CONFER AND FILING OF A JOINT STATUS REPORT RE ESI AND (2) DIRECTING UNITED STATES FILTER TEAM TO SUBMIT *IN CAMERA* REPORT |

ORDER (1) DIRECTING MEET AND CONFER AND FILING OF A JOINT STATUS REPORT RE ESI AND (2) DIRECTING UNITED STATES FILTER TEAM TO SUBMIT *IN CAMERA* REPORT - 1

## A. ESI Not Produced to the Discovery Coordinator

The Court hereby directs the United States, the Coordinating Discovery Attorney John C. Ellis Jr., and Lead Defense Counsel Mike Lynch to meet and confer and file a Joint Status Report, which shall:

1. Identify and describe with particularity any and all electronically stored information (ESI) that has not been produced to the Coordinating Discovery Attorney.
2. Include a proposed plan, which has been circulated to all defense counsel of record in this case for comment, setting forth how ESI shall be produced or made available.

The Joint Status Report shall be filed by **April 8, 2022**. After receiving the report, the Court will schedule a status conference.

## B. ESI Subject to Filter Team Review

The Court further directs the United States Filter Team to file *in camera* a report setting forth the status of the ESI that is subject to filter review. The United States Prosecution Team is directed to advise the Filter Team of the existence of this Order. The report shall be filed by **April 8, 2022**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and provide copies to the United States, all defense counsel, the

Coordinating Discovery Attorney John C. Ellis Jr., and the Supervising CJA Attorney Darrel Gardner.

DATED March 25, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER (1) DIRECTING MEET AND CONFER AND FILING OF A JOINT STATUS REPORT RE ESI AND (2) DIRECTING UNITED STATES FILTER TEAM TO SUBMIT *IN CAMERA* REPORT - 3