1 Vanessa R. Waldref
United States Attorney
2 George J.C. Jacobs, III
3 Dominique Juliet Park
Assistant United States Attorneys
4 Eastern District of Washington
5 Post Office Box 1494
Spokane, WA 99210-1494
6 Telephone: (509) 353-2767

7

8

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

9

10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | Court No. 4:21-CR-06042-MKD |
| 12 Plaintiff, | Joint Report on the Status of Discovery & Electronically Stored Information |
| 13 v. | |
| 14 | |
| 15 ALI ABED YASER, (a/k/a "Abu Hasanain"), | |
| 16 HUSSEIN A. YASIR, (a/k/a "Abu Fakhri"), | |
| 17 INSAF A. KARAWI, | |
| 18 HASANEIN A. YASER, | |
| 19 AHMAD K. BACHAY, (a/k/a "Muthalath"), | |
| 20 (a/k/a "Humayad"), | |
| 21 MASHAEL A. BACHAY, | |
| 22 MOHAMMAD BAJAY, (a/k/a "Abu Jabbar"), | |
| 23 HUSSEIN K. BACHAY, | |
| 24 NOOR TAHSEEN AL-MAAREJ, ALI F. AL-HIMRANI, | |
| 25 RANA J. KAABAWI, | |
| 26 AMAR F. ABDUL-SALAM, AMEER R. MOHAMMED, | |
| 27 MOHAMMED F. AL-HIMRANI, | |

28

JOINT STATUS REPORT- PAGE 1

| | |
|---|---|
| 1 | MARIA ELENA SANCHEZ, |
| 2 | SEIFEDDINE A. AL-KINANI, |
|   | ABDULLAH AL-DULAIMI, |
| 3 | FIRAS S. HADI, |
| 4 | FAROOQ S. YASEEN, |
|   | KHALIL ABDUL-RAZAQ, |
| 5 | JESUS GEORGE SANCHEZ, |
| 6 | SINAN AKRAWI, and |
|   | MOHAMMED NAJI AL-JIBORY, |
| 7 | |
|   | Defendants. |
| 8 | |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and George J.C. Jacobs, III and Dominique Juliet Park, Assistant United States Attorney for the Eastern District of Washington, along with John C. Ellis, Jr., Defense Discovery Coordinator, Michael William Lynch, Lead Defense Counsel, hereby submit this joint report on the status of discovery, and in particular, the production of electronically stored information, pursuant to the Court's order, filed at ECF No. 431.

**Background**

On March 25, 2022, the Court ordered, in part, for the parties noted above to meet and confer and to file a joint status report that identifies and describes "with particularity any and all electronically stored information" that has yet to be produced to John C. Ellis, Jr., Defense Discovery Coordinator. ECF No. 431. Prior to entry of this order, Mr. Ellis and the United States met on several occasions to discuss the orderly transfer of discovery.[1] On April 5, 2022, Mr. Ellis, Mr. Lynch, Mr. Jacobs, and Ms. Park met via Zoom to discuss all outstanding discovery

---

[1] The latest disclosure letter addressed to Mr. Ellis is attached to this joint status report (Attachment A), along with the latest disclosure letter addressed to the defense attorneys (Attachment B).

JOINT STATUS REPORT- PAGE 2

materials, including those classified as electronically stored information ("ESI"), and a timeline for when this material will be provided to Mr. Ellis. During the meet and confer, the parties discussed the format in which the United States would produce the outstanding ESI. The United States agrees that with respect to the mobile phones, the United States will provide associated ESI in two formats: (1) original forensic extraction; and (2) report format, to the extent possible.

## Remaining ESI

The chart following below identifies the outstanding ESI yet to be produced and the projected date it will be provided to Mr. Ellis, who will, in turn, provide the materials to defense counsel:

| Device | 1B | Anticipated Production Date |
|---|---|---|
| iPhone Xs Max with gold case / SN: GR5YX007KPHF | 1B1 | April 15, 2022 |
| iPhone S Silver / Model: A1633 / FCC ID: BCGE2946A | 1B2 | Imaging in progress - TBD |
| iPad Air in black case / SN: F9FY91QELMX0 | 1B3 | May 1, 2022 |
| Samsung cell phone / Model: SCH-M828C(GP) / FCC ID: A3LSPHM820 | 1B4 | April 15, 2022 |
| HTC white cell phone / Model: OPM9200 / FCC ID: NM80PM9200 | 1B5 | May 1, 2022 |
| Grey iPhone IMEI: 353906103237468 | 1B22 | May 1, 2022 |
| iPhone 11 Pro Max, S/N: FK1ZJ60RN70L | 1B24 | April 15, 2022 |
| Apple iPad, S/N: DLXYTIC9KC5P | 1B27 | Imaging in progress - TBD |
| HP Chromebook, S/N: 5CD7511456 / Model 14-AK041DX | 1B39 | *Unable to image at this time.*[2] |
| Grey iPhone | 1B41 | April 15, 2022 |
| iPhone with cracked screen, with charger | 1B42 | April 15, 2022 |
| iPad, model: A1709. S/N: DLXV3395HPDV | 1B43 | May 1, 2022 |
| Grey iPhone | 1B44 | April 15, 2022 |
| Silver Toshiba Hard Drive | 1B46 | April 15, 2022 |

---

[2] There are a number of devices that law enforcement were simply unable to get into due to password/access issues. These devices, nonetheless, remain on the list in the event they can be accessed and imaged at a later date.

JOINT STATUS REPORT- PAGE 3

| | | | |
|---|---|---|---|
| 1 | Grey iPhone | 1B47 | April 15, 2022 |
| 2 | Apple Laptop / Model: A2159 / S/N: FVFYV29CL410 | 1B51 | May 1, 2022 |
| 3 | Homemade DVRs | 1B53 | April 15, 2022 |
| 4 | Black 8GB Recorder/Player | 1B73 | April 15, 2022 |
| | 16 GB Black and Red Mini Attache Flash Drive | 1B74 | April 15, 2022 |
| 5 | White and Blue 16 GB Lexar Thumb Drive | 1B75 | April 15, 2022 |
| 6 | White and Grey Thumb Drive - Supprelin LA | 1B76 | May 1, 2022 |
| | Black and White SanDisk Thumb Drive | 1B77 | April 15, 2022 |
| 7 | SanDisk Adapter and two SanDisk Micro cards | 1B78 | April 15, 2022 |
| 8 | HP Laptop w/ Power Cord / 15-af131dx | 1B79 | *Subject to filter* |
| 9 | Apple iPhone - Gray | 1B80 | *Subject to filter* |
| | HP SPECTRE Laptop, Model: 15-df1033dx | 1B84 | *Subject to filter* |
| 10 | iPhone | 1B104 | April 15, 2022 |
| 11 | SanDisk thumb drive / 16GB | 1B105 | April 15, 2022 |
| | Three SIM cards | 1B107 | April 15, 2022 |
| 12 | iPad / Model: A2014 / SN: DLXZ5243KC51 | 1B112 | May 1, 2022 |
| 13 | iPhone - white with black case | 1B158 | May 1, 2022 |
| | Laptop | 1B163 | May 1, 2022 |
| 14 | iPhone 11- with pink colored case | 1B167 | April 15, 2022 |
| 15 | Black smartphone | 1B169 | Imaging in progress - TBD |
| 16 | iPhone silver and white | 1B171 | April 15, 2022 |
| 17 | Black iPhone 11 Pro Max | 1B199 | April 15, 2022 |
| 18 | 256 GB SanDisk Cruzer Glide containing data from 1B22, 1B47, 1B88, 1B89, 1B125, 1B126, 1B127, 1B128, 1B176. | 1B200 | April 15, 2022 |
| 19 | | | |
| 20 | 1TB Seagate external hard drive containing phone data from phone belonging to Khalil Abdul-Razaq | 1B201 | April 15, 2022 |
| 21 | iPhone IMEI 89014104272134512818 | 1B88 | April 15, 2022 |
| | iPhone IMEI 89014104271460181347 | 1B89 | April 15, 2022 |
| 22 | iPad DMPW5L4VJF8J | 1B90 | *Unable to image at this time.* |
| 23 | | | |
| 24 | Six (6) USB drives, and one (1) SD card | 1B103 | April 15, 2022 |
| | Black Toshiba laptop S/N: 9D185092Q | 1B124 | May 1, 2022 |
| 25 | iPhone XS Max model: MT6H2LL/A S/N: F2LYRDFLKPHF | 1B125 | April 15, 2022 |
| 26 | iPhone XS Max model: MT6J2LL/A S/N: G6TYV960KPHG | 1B126 | April 15, 2022 |
| 27 | | | |
| 28 | iPhone S model: A1634 | 1B127 | April 15, 2022 |

JOINT STATUS REPORT- PAGE 4

| | | | |
|---|---|---|---|
| 1 | iPhone S model: A1634 | 1B128 | April 15, 2022 |
| 2 | One (1) Samsung Tablet, silver in color, IMEI 355695/05/769246/7, S/N: RF1D4668MMX | 1B130 | April 15, 2022 |
| 3 | One (1) iPhone, gold in color, IMEI: 013851004924511 | 1B134 | April 15, 2022 |
| 4 | | | |
| 5 | One (1) HP Laptop, black in color, model: 2000-2c29WM, S/N: 5CG3263H21 | 1B135 | May 1, 2022 |
| 6 | One (1) iPhone RED, red in color, model: A1661 | 1B136 | April 15, 2022 |
| 7 | One (1) iPhone, black in color, model: A1661 | 1B137 | RCFL – Imaging in progress – TBD |
| 8 | One (1) Dragon Touch tablet, white in color | 1B139 | April 15, 2022 |
| 9 | One (1) Samsung Tablet, silver in color, S/N R52HA2ESB8(UI) | 1B140 | April 15, 2022 |
| 10 | One (1) Apple laptop, silver in color, S/N CPWMQ537DTY3 | 1B141 | April 15, 2022 |
| 11 | iPhone, black in color, with pink glitter case and charger | 1B142 | April 15, 2022 |
| 12 | | | |
| 13 | iPhone, gold in color | 1B143 | *Unable to image at this time.* |
| 14 | One (1) iPad, silver in color, S/N GG7XDFCUJF88 | 1B146 | April 15, 2022 |
| 15 | One (1) Samsung tablet, silver in color, S/N R52HA1ZXZQD | 1B147 | *Unable to image at this time.* |
| 16 | | | |
| 17 | One (1) iPhone, gold in color | 1B148 | Imaging in progress – TBD |
| 18 | SanDisk Ultra Plus 32GB Sim Card | 1B173 | April 15, 2022 |
| 19 | iPhone, gold in color | 1B175 | April 15, 2022 |
|  | iPhone, gold in color | 1B176 | May 1, 2022 |
| 20 | iPad, S/N GCTV8FAFHP9X, gold in color | 1B177 | April 15, 2022 |
| 21 | Samsung Galaxy S4 cell phone | 1B178 | April 15, 2022 |
|  | LG cell phone, Cricket | 1B179 | April 15, 2022 |
| 22 | SanDisk Adaptor with 4GB Micro SD Card | 1B181 | April 15, 2022 |
| 23 | iPad, S/N DLXYJ5KEKC51, gray in color | 1B184 | April 15, 2022 |
|  | Agent Samsung J7 Phone | N/A | April 15, 2022 |
| 24 | Agent LG Phone | N/A | April 15, 2022 |
| 25 | Agent Samsung S9 | N/A | April 15, 2022 |
|  | Agent Google Pixel | N/A | May 1, 2022 (Recent Comms) |
| 26 | | | |
| 27 | Linguist Google Pixel | N/A | May 1, 2022 (Recent Comms) |
| 28 | | | |

JOINT STATUS REPORT- PAGE 5

| CHS Apple iPhone 11 Xs Max | N/A | April 15, 2022 |
| CHS Galaxy J7 Phone | N/A | April 15, 2022 |
| CHS Apple iPhone 12 Pro Max | N/A | April 15, 2022 |

The United States notes that there are a few ESI items under the control of the filter review team. At this time, the prosecution team is unable to address when those items will be available for production to Mr. Ellis. The parties will, nonetheless, continue to work together to ensure that the above items are provided to Mr. Ellis as expeditiously as possible. Should any issues arise, the parties will notify the Court.

Dated this 8th day of April, 2022.

Respectfully submitted,

Vanessa R. Waldref
United States Attorney


*s/ George J.C. Jacobs, III*
George J.C. Jacobs, III
*/s Dominique Juliet Park*
Dominique Juliet Park
Assistant United States Attorneys

*s/ John C. Ellis, Jr.*
John C. Ellis, Jr.
Defense Coordinating Discovery Attorney

*s/ Michael William Lynch*
Mike William Lynch
Lead Defense Attorney

JOINT STATUS REPORT- PAGE 6

# CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2022, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF System and service of such filing will be sent by reliable electronic means to the registered CM/ECF Participant(s).

Alexander H Fuqua,
Bryan P Whitaker
Craig Donald Webster
Curran C Dempsey
David Matthew Miller
Douglas E McKinley
Emily M Gause
Gregory Lee Scott
Jeffrey Scott Niesen
John Gregory Lockwood
John Gary Metro
Justin Lonergan
Karla Kane Hudson
Kent Neil Doll
Mike William Lynch
Nicholas Wright Marchi
Quinn Rosborough Dalan
Ricardo Hernandez
Richard A Smith
Robert Michael Seines
Roger James Peven
Stephen R Hormel
Zachary Lynn Ayers

I hereby certify that I have emailed the document to the following non-CM/ECF participants(s):

John C. Ellis, Jr. john@johnellislaw.com

*s/Dominique Juliet Park*
Dominique Juliet Park
Assistant United States Attorney

JOINT STATUS REPORT- PAGE 7