1  MICHAEL W. LYNCH
   WSBA #6820
2  Michael W. Lynch, PS
   6 S. 2nd Street, Ste 720
3  Yakima, WA 98901
   Telephone: 509-952-1267
4  Email: mwlynch@yvn.com

JUSTIN P. LONERGAN
WSBA #55216
Bohrnsen Stocker Smith, PLLC
312 W. Sprague Ave.
Spokane, WA 99201
Telephone: 509-327-2500
Email: jlonergan@bsslslawfirm.com
**(CJA Mentee)**

Attorneys for Defendant – HUSSEIN A. YASIR

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALI ABED YASER, (a/k/a "Abu Hasanain"), HUSSEIN A. YASIR (a/k/a "Abu Fakhri"), INSAF A. KARAWI, HASANEIN A. YASER, AHMAD L. BACHAY, MOHAMMAD BAJAY (a/k/a "Abu Jabbar"), HUSSAIN K. BACHAY, NOOR TAHSEEN AL-MAAREJ (a/k/a "Noor T. Almarej"), ALI F. AL-HIMRANI, RANA J. KAABAWI, AMAR F. ABDUL-SALAM, AMEER R. MOHAMMED, MOHAMMED F. AL-HIMRANI, MARIA ELENA SANCHEZ, SEIFEDDINE A AL-KINANI, ABDULLAH AL-DULAIMI, FIRAS S. HADI, FAROOQ S. YASEEN, KHALIL ABDUL-RAZAQ, JESUS GEORGE SANCHEZ, | **CASE NO. 4:21-CR-06042-MKD**<br><br>**MOTION FOR EXTENSION TO PROVIDE PHASED PRETRIAL MOTION PRACTICE** |

SINAN AKRAWI, and MOHAMMED NAJI AL-JIBORY,

        Defendants.

COMES NOW the HUSSEIN A. YASIR, by and through lead defense counsel Michael Lynch, and moves the Court to extend the April 11, 2022 deadline for a phased motion practice to May 23, 2022 (approximately 45 days). See e.g., ECF No. 440, Order Following Pretrial Conference, para. F.2. The basis for this motion is that all defense counsel need time to review the discovery, which is in the process of being produced through the coordinating discovery attorney.

The undersigned notified all defendants' counsel of the intent to make this motion for additional time. No objections were received. See ECF No. 440, para. F.1.

Respectfully Submitted this 11th day of April, 2022.

        MICHAEL W. LYNCH, P.S.

        */s/ Michael W. Lynch*
        MICHAEL W. LYNCH
        Attorney for Defendant


        BOHRNSEN STOCKER SMITH, PLLC

        */s/ Justin P. Lonergan*
        JUSTIN P. LONERGAN
        Attorney for Defendant

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of April 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

George J.C. Jacobs III, Assistant United States Attorney
Dominique Juliet Park, Assistant United States Attorney

                                          */s/ Justin P. Lonergan*
                                          JUSTIN P. LONERGAN