Christopher Black
Black & Askerov, PLLC
705 Second Avenue, Ste. 1111
Seattle, WA 98104
206.623.1604
Attorney for Defendant Farooq Yaseen

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:21-cr-06042-MKD |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE OF COUNSEL |
| FAROOQ YASEEN, | |
| Defendant. | |

Please take notice that Christopher Black hereby enters his appearance as counsel in this matter for defendant Farooq Yaseen, and requests that all future papers and pleadings, except original process, be directed to the below-noted address.

Respectfully submitted this 24th day of May, 2022.

BLACK & ASKEROV, PLLC

Christopher Black
Attorney for Farooq Yaseen

NOTICE OF APPEARANCE OF COUNSEL - 1