Vanessa R. Waldref
United States Attorney
George J.C. Jacobs, III
Dominique Juliet Park
Assistant United States Attorneys
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:21-CR-06042-MKD |
| Plaintiff, | Joint Report on the Status of Discovery |
| v. | |
| ALI ABED YASER, et al, | |
| Defendants. | |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and George J.C. Jacobs, III and Dominique Juliet Park, Assistant United States Attorney for the Eastern District of Washington, along with John C. Ellis, Jr., Defense Discovery Coordinator, Michael William Lynch, Lead Defense Counsel, hereby submit this joint report on the status of discovery pursuant to the Court's text-only order, filed at ECF No. 568.

Consistent with the Court's Order at ECF No. 568 (referencing Order at ECF No. 562), the parties, including the United States, discovery coordinator John C. Ellis, and lead defense counsel Mike W. Lynch, met and conferred on July 1, 2022 to discuss the technical difficulties raised by Mr. Lynch at the pretrial conference

JOINT STATUS REPORT- PAGE 1

hearing on June 27, 2022. During this meeting, the parties agreed and confirmed there were no significant technical difficulties. The parties further agreed and confirmed that many of the files that could not be viewed by the various defense attorneys are in fact operating software and/or extraneous non-substantive files. The parties continue to communicate as questions or concerns arise. The parties do not request a hearing.

Dated this 9th day of August, 2022.

Respectfully submitted,

Vanessa R. Waldref
United States Attorney

*s/ Dominique Juliet Park*
Dominique Juliet Park
George JC Jacobs, III
Assistant United States Attorneys
Eastern District of Washington
920 W. Riverside Ave., Suite 340
Spokane, Washington 99201
Telephone: (509) 353-2767
Email: dominique.park2@usdoj.gov
Email: george.j.c.jacobs@usdoj.gov
*Counsel for the United States*

*/s/ John C. Ellis, Jr.*
John C. Ellis, Jr.
Law Offices of John C. Ellis, Jr.
2495 Truxtun Road, Suite 206
San Diego, CA 92106
Telephone: (619)501-5522
Email: john@johnellislaw.com
*Coordinating Discovery Attorney*

*/s/ Michael Williams Lynch*
Michael Williams Lynch
Michael W. Lynch
24 North Second Street
Yakima, WA 98901-2612
Telephone: (509)952-1267
Email: mwlynch@yvn.com
*Attorney for Hussein A Yasir*
*Lead Defense Attorney*

JOINT STATUS REPORT- PAGE 2

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2022, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF System and service of such filing will be sent by reliable electronic means to the registered CM/ECF Participant(s).

          *s/Dominique Juliet Park*
          Dominique J. Park
          Assistant United States Attorney

JOINT STATUS REPORT- PAGE 3