```
 1  Vanessa R Waldref
    United States Attorney
 2  Eastern District of Washington
 3  Dominique Juliet Park
    Assistant United States Attorney
 4  Post Office Box 1494
 5  Spokane, WA 99210-1494
    Telephone: (509) 353-2767
 6
```

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 4:21-cr-06042-MKD |
|---|---|
| Plaintiff, | |
| vs. | Notice of Withdrawal of Counsel for the United States |
| ALI ABED YASER, ET AL. | |
| Defendants. | |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Dominique Juliet Park, Assistant United States Attorney for the Eastern District of Washington, hereby withdraws Dominique Juliet Park as counsel of record on behalf of the United States of America.

Dated: September 26, 2022.

Vanessa R. Waldref
United States Attorney

*s/ Dominique Juliet Park*
Dominique Juliet Park
Assistant United States Attorney

Notice of Withdrawal and Substitution of Counsel for the United States - 1

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record.

                                                  <u>*s/ Dominique Juliet Park*</u>
                                                  Dominique Juliet Park
                                                  Assistant United States Attorney