Vanessa R. Waldref
United States Attorney
George J.C. Jacobs, III
Assistant United States Attorneys
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

John C. Ellis, Jr.
Coordinating Discovery Attorney
2495 Truxtun Road, Suite 206
San Diego, CA 92106
Telephone: (619)501-5522

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALI ABED YASER, et al, <br><br> Defendants. | No. 4:21-CR-06042-MKD <br><br> Joint Report on the Status of Discovery & Electronically Stored Information |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and George J.C. Jacobs, III, Assistant United States Attorney for the Eastern District of Washington, along with John C. Ellis, Jr., Defense Discovery Coordinator, hereby submit this joint report on the status of discovery, and in particular, the production of electronically stored information ("ESI"), in advance of the Status Conference October 20, 2022.

///

Joint Status Report- Page 1

## Background

The parties file the following joint status report to update the Court on Electronically Stored Information ("ESI") discovery. Since his appointment, Defense Discovery Coordinator and the prosecution team have met on several occasions to discuss the orderly transfer of discovery. Most recently, on October 14, 2022, Assistant United States Attorney George Jacobs, his paralegal, and representatives from several law enforcement agencies met with Mr. Ellis and members of his office to discuss all ESI discovery. To date, the government has provided ESI productions on six occasions, amounting to 4.17 terabytes. At this time, the vast majority of ESI has been turned over by the government.

## Remaining ESI

The following chart identifies the outstanding ESI, and indicates the status of the remaining productions:

| Device Description | 1B | Status |
|---|---|---|
| iPhone S Silver / Model: A1633 / FCC ID: BCGE2946A | 1B2 | Imaging not processed - TBD |
| HTC white cell phone / Model: OPM9200 / FCC ID: NM80PM9200 | 1B5 | Imaged by HHS - TBD |
| Apple iPad, S/N: DLXYTIC9KC5P | 1B27 | Imaging not processed - TBD |
| HP Chromebook, S/N: 5CD7511456 / Model 14-AK041DX | 1B39 | Unable to image |
| iPad, model: A1709. S/N: DLXV3395HPDV | 1B43 | Imaged by HHS - TBD |
| White and Grey Thumb Drive - Supprelin LA | 1B76 | Unable to image |
| HP Laptop w/ Power Cord / 15-af131dx | 1B79 | Imaged by HHS - TBD |
| HP SPECTRE Laptop, Model: 15-df1033dx | 1B84 | Imaged by HHS - TBD |
| iPhone | 1B104 | Imaged by HHS - TBD |
| iPad / Model: A2014 / SN: DLXZ5243KC51 | 1B112 | Imaged by HHS - TBD |
| Black smartphone | 1B169 | Imaging not processed - TBD |
| iPad DMPW5L4VJF8J | 1B90 | Unable to image |

| Device Description | 1B | Status |
|---|---|---|
| One (1) iPhone, black in color, model: A1661 | 1B137 | Imaging not processed – TBD |
| One (1) iPhone, gold in color | 1B148 | Imaging in progress – TBD |
| Agent LG Phone | N/A | Government is working on locating - TBD |
| Agent Google Pixel | N/A | Government is working on locating - TBD |
| Linguist Google Pixel | N/A | Government is working on locating - TBD |

As documented above, there remain several outstanding ESI items the government is still working to provide to the CDA. The government anticipates that the materials in possession of HHS will be produced to Mr. Ellis in the near future. For items designated as "unable to image or not processed," it is not anticipated that these materials will be produced in the near future. The parties will continue to work together to ensure that the remaining items are resolved as expeditiously as possible. Should any issues arise, the parties will notify the Court.

Dated this 19th day of October, 2022.

Respectfully submitted,

Vanessa R. Waldref
United States Attorney

*s/ George J.C. Jacobs, III*
George J.C. Jacobs, III
Assistant United States Attorneys
920 W Riverside Suite 300
Spokane, WA 99210-1494
Telephone: 509-353-2767
Email: george.j.c.jacobs@usdoj.gov
*Counsel for the United States*

*s/ John C. Ellis, Jr.*
John C. Ellis, Jr.
The Law Offices of John C. Ellis, Jr.
2495 Truxtun Road, Suite 206
San Diego, CA 92106
Telephone: (619)501-5522
Email: john@johnellislaw.com
*Coordinating Discovery Attorney*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2022, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF System and service of such filing will be sent by reliable electronic means to the registered CM/ECF Participant(s).

*s/ George J.C. Jacobs, III*
George J.C. Jacobs, III
Assistant United States Attorney