AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 18, 2023

SEAN F. McAVOY, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| FAROOQ S. YASEEN | ) | Case No. 4:21-CR-6042-SMJ-19 |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* FAROOQ S. YASEEN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1343 Wire Fraud
18 U.S.C. § 1341 Mail Fraud
18 U.S.C. §§ 1341, 1343, 1349 Conspiracy to Commit Mail Fraud and Wire Fraud
18 U.S.C. §§ 1347, 1349 Conspiracy to Commit Health Care Fraud

Date: Dec 07, 2021, 4:45 pm

*Issuing officer's signature*

City and state: Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/16/2023, and the person was arrested on *(date)* 01/17/2023
at *(city and state)* Seattle, WA.

Date: 01/17/2023

*Arresting officer's signature*

Armando Ramirez III, Special Agent
*Printed name and title*