FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 20, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,       )
                                )
                    Plaintiff,  )
                                )       No.  4:21-cr-06042-MKD-19
        vs.                     )
                                )
Farooq S Yaseen                 )
                                )
                                )
                    Defendant.  )
_____  )

Received Rule 5 papers from the United States District Court, Western District of Washington.