# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CRIMINAL DOCKET FOR CASE #: 2:23-mj-00020-SKV-1

| | |
|---|---|
| Case title: USA v. Yaseen | Date Filed: 01/17/2023 |
| Other court case number: 4:21-cr-06042-MKD-19 Eastern District of Washington | Date Terminated: 01/19/2023 |

Assigned to: Hon. S. Kate Vaughan

### Defendant (1)

**Farooq S Yaseen**  
*TERMINATED: 01/19/2023*

represented by **Christopher R Black**  
BLACK & ASKEROV PLLC  
705 2ND AVE #1111  
SEATTLE, WA 98104  
206-623-1604  
Email: chris@blacklawseattle.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Wire Fraud - 18:1343 (Counts 54-57)<br>Mail Fraud - 18:1341 (Counts 38-53)<br>Conspiracy to Commit Mail Fraud and Wire Fraud - 18:1341, 1343, 1349 (Count 126)<br>Conspiracy to Commit Health Care Fraud - 18:1347, 1349 (Count 127) | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Rachel Yemini**<br>UNITED STATES ATTORNEY'S OFFICE<br>700 STEWART STREET<br>STE 5220<br>SEATTLE, WA 98101<br>206-553-2275<br>Email: rachel.yemini@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/17/2023 | 1 | CHARGING DOCUMENT RECEIVED FROM the Eastern District of Washington as to Farooq S Yaseen. (TLJ) (Entered: 01/17/2023) |
| 01/17/2023 | | Arrest of Farooq S Yaseen on 1/17/2023. (TLJ) (Entered: 01/17/2023) |
| 01/17/2023 | | Case unsealed as to Farooq S Yaseen. (TLJ) (Entered: 01/17/2023) |
| 01/17/2023 | 3 | Minute Entry for proceedings held before Hon. S. Kate Vaughan- CRD: *T. Johnson*; AUSA: *Rachel Yemini*; Def Cnsl: *Chris Black*; PTS: *Erin O'Donnell*; Court Reporter: *Digital Recording*; Time of Hearing: *2:00PM*; Courtroom: *12B*; Interpreter: *Kamal Abou-Zaki*; Language: *Arabic*; **INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS** as to Farooq S Yaseen held on 1/17/2023. Defendant present in custody with retained counsel. Defendant advised of rights. Defendant advised of charges and penalties in the Eastern District of Washington. Government moves for detention. Defense counsel requests a detention hearing. Court withholds signing Order of Transfer and sets Status Hearing. Detention and Status Hearing set. Defendant remanded to custody.<br><br>**R5 Status/Detention Hearing set for 1/19/2023 at 03:30 PM in Courtroom 12B before Hon. S. Kate Vaughan.** (TLJ) (Entered: 01/17/2023) |
| 01/17/2023 | 4 | MOTION for Detention by USA as to Farooq S Yaseen.(TLJ) (Entered: 01/17/2023) |
| 01/19/2023 | 5 | RESPONSE, by Farooq S Yaseen, to 4 MOTION for Detention. (Attachments: # 1 Exhibit 1)(Black, Christopher) (Entered: 01/19/2023) |
| 01/19/2023 | 6 | AMENDED MOTION for Detention by USA as to Farooq S Yaseen. Noting Date 1/19/2023. (Yemini, Rachel) Modified on 1/19/2023 to correct the type of Motion. (SNP) (Entered: 01/19/2023) |
| 01/19/2023 | 8 | Minute Entry for proceedings held before Hon. S. Kate Vaughan- CRD: *S. Prather*; AUSA: *Rachel Yemini*; Def Cnsl: *Chris Black*; PTS: *Erin O'Donnell*; Court Reporter: *Digital Recording*; Time of Hearing: *3:30PM*; Courtroom: *12B*; Interpreter: *Kamal Abou-Zaki*; Language: *Arabic (stand-by only)*; **RULE 5 STATUS AND DETENTION HEARING** as to Farooq S Yaseen held on 1/19/2023. Defendant present in custody. Court reviews record. Defendant waives identity hearing. Court signs Order of Transfer. Government maintains motion for detention. Parties arguments heard. For reasons |

| | | |
|---|---|---|
| | | stated on the record, defendant ORDERED DETAINED and remanded to custody. (SNP) (Entered: 01/19/2023) |
| 01/19/2023 | 9 | DETENTION ORDER as to Farooq S Yaseen re 4 MOTION for Detention and 6 AMENDED MOTION for Detention by Hon. S. Kate Vaughan. (cc: PTS, USMO) (SNP) (Entered: 01/19/2023) |
| 01/19/2023 | 10 | WAIVER OF RULE 5 HEARINGS AND ORDER OF TRANSFER to the Eastern District of Washington as to Farooq S Yaseen by Hon. S. Kate Vaughan. (cc: PTS, USMO) (SNP) (Entered: 01/19/2023) |
| 01/19/2023 | 11 | LETTER to the Eastern District of Washington regarding Rule 5 Transfer as to defendant Farooq S Yaseen. (SNP) (Entered: 01/19/2023) |