Magistrate Judge S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>FAROOQ YASEEN,<br><br>Defendant. | NO. MJ23-20-SKV<br><br>AMENDED MOTION FOR DETENTION |

On January 17, 2023, Defendant Farooq Yaseen made an initial appearance before this Court. The Government filed a motion for detention based on his risk of flight. Dkt. # 4. The Court scheduled a detention hearing for January 19, 2023 at 3:30 p.m.

After conferring with the Assistant United States Attorney George Jacobs of the Eastern District of Washington, the lead prosecutor of this case, the Government now understands that there are strong grounds to argue that Mr. Yaseen is a danger to the community and serious risk of obstruction of justice, including intimidation of a prospective witness. The Government intends to argue at the detention hearing that Mr.

AMENDED MOTION FOR DETENTION - 1
United States v. Farooq Yaseen, MJ23-20-SKV

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Yaseen should be detained based on both his risk of flight and his danger to the community.

DATED this 19th Day of January, 2023.

          Respectfully submitted,

          NICHOLAS W. BROWN
          United States Attorney

          *s/ Rachel Yemini*
          RACHEL YEMINI
          Assistant United States Attorney
          United States Attorney's Office
          700 Stewart Street, Suite 5220
          Seattle, Washington 98101-1271
          Phone: 206-553-2275
          Email: rachel.yemini@usdoj.gov

AMENDED MOTION FOR DETENTION - 2
*United States v. Farooq Yaseen,* MJ23-20-SKV

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970