# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ23-020 SKV |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| FAROOQ S. YASEEN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offenses charged</u>:

1. Mail fraud

2. Wire fraud

3. Conspiracy to commit mail and wire fraud

4. Conspiracy to commit health care fraud

<u>Date of Detention Hearing</u>:    January 19, 2023.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds

DETENTION ORDER
PAGE -1

that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been aware of the instant warrant for over a year but has failed until now to make an appearance. After learning that he would be arrested, Defendant spent over a year abroad as a fugitive. He booked flights twice to SeaTac but did not make an appearance.

2. Defendant poses a risk of nonappearance based on extensive recent international travel and multiple unreported trips to Mexico, minimal ties to this District, and strong ties to foreign countries (Turkey and Iraq). Defendant poses a risk of danger based upon the Government's allegation that he threatened a cooperating co-defendant and their family with violence in order to deter them from speaking about him to the FBI.

3. There does not appear to be any condition or combination of conditions that would reasonably assure future Court appearances and address the safety of any persons of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending transfer to the Eastern District of Washington, and committed to the custody of the Attorney General;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a

DETENTION ORDER
PAGE -2

01 | court proceeding; and

02 | 4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for
03 | the defendant, to the United States Marshal, and to the United State Probation Services
04 | Officer.

05 | DATED this 19th day of January, 2023.

07 | $\underline{\hspace{2cm}}$
S. KATE VAUGHAN
08 | United States Magistrate Judge

DETENTION ORDER
PAGE -3