

# UNITED STATES DISTRICT COURT

**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

| | |
|---|---|
| **RAVI SUBRAMANIAN** | **ERIC SMITS** |
| **District Court Executive** | **Chief Deputy Clerk** |
| **Clerk of Court** | |

January 19, 2023

**CLERK, US DISTRICT COURT**
Washington Eastern District Court
William O. Douglas Federal Building
25 South Third Street, 2nd Floor
Yakima, WA 98901-2742

Re:  Farooq S Yaseen

Your No:  4:21-cr-06042-MKD-19
Our No:  2:23-mj-00020-SKV

Dear Clerk

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D),
dated January 19. 2023, please download the documents maintained electronically by the District
Court through PACER for the Western District of Washington at
**https://ecf.wawd.uscourts.gov/.**

Please acknowledge receipt of this.

Sincerely,

RAVI SUBRAMANIAN, District Court Executive

By Stefanie Prather,
Deputy Clerk