Vanessa R. Waldref
United States Attorney
Eastern District of Washington
George J.C. Jacobs, III
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FAROOQ S. YASEEN,<br><br>Defendant. | Case No.: 4:21-CR-06042-MKD-19<br><br>Motion For Order to File Exhibits 1-3 to Plaintiffs' Motion for Detention Under Seal<br><br>Without Oral Argument<br>April 5, 2023, at 6:30 p.m. |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and George J.C. Jacobs, III, Assistant United States Attorney for the Eastern District of Washington, submits the following Motion for Order to File Exhibits 1-3 of the United States' Motion for Detention under Seal. The motion is necessary because the exhibits contain information involving threats to a cooperating defendant and confidential human source (CHS), and personal identifying information (PII).

Dated: March 8, 2023

                                              Vanessa R. Waldref
                                              United States Attorney

                                              *s/ George J.C. Jacobs, III*
                                              George J.C. Jacobs, III
                                              Assistant United States Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I certify that I served the foregoing/attached referenced document(s) via email to assigned counsel:

Christopher Black
Black & Askerov, PLLC
chris@blacklawseattle.com , crblackecf@gmail.com

*s/ George J.C. Jacobs, III*
George J.C. Jacobs, III
Assistant United States Attorney

Motion For Order To File Attachments Under Seal – 2