UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 08, 2023

SEAN F. McAVOY, CLERK

| UNITED STATES OF AMERICA, | Case No.: 4:21-CR-06042-MKD-19 |
|---|---|
| Plaintiff, | |
| v. | Order Granting United States' Motion To File Exhibits 1-3 to Plaintiffs' Motion for Detention Under Seal |
| FAROOQ S. YASEEN, | |
| Defendant. | |

THIS MATTER coming before the Court upon motion by the United States, the Court having considered the motion and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the Motion to file Exhibits 1-3 to Plaintiffs' Motion for Detention Under Seal, **ECF No. 759**, is **GRANTED**.

**IT IS SO ORDERED.**

DATED March 8, 2023.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

Order Granting United States' Motion To File Exhibits Under Seal – 1