# United States District Court, Eastern District of Washington
## Magistrate Judge Alexander C. Ekstrom
### Richland

**USA v. FAROOQ S YASEEN**   Case No.   4:21-CR-6042-MKD-19

**Arraignment/Initial Appearance on Indictment:**   03/09/2023

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy | ☒ | George Jacobs III, US Atty |
| | | ☒ | Christopher Black, Defense Atty |
| ☒ | Erica Helms, US Probation / Pretrial Services Officer (tele) | ☒ | Interpreter – Hasanain Alsabea (video) |
| ☒ | Defendant present ☒ in custody USM | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☒ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging document |
| ☒ | Mr. Black is retained (CJA 23) filed for Interpreter purposes only. | ☒ | Defendant waived reading of charging document |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☐ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| | | ☐ | AO199c Advice of Penalties & Sanctions filed |

## REMARKS

Defendant appeared and was assisted by counsel and advised of his rights and the allegations contained in the charging document.
The Defendant acknowledged to the Court that his true and correct name is: Farooq S. Yaseen.
"Not guilty" plea entered.
Discovery to be provided pursuant to the local rule on discovery.

Court recesses to allow time for Defense counsel and Defendant extra time to go over the indictment.

Recess: 11:23 a.m.
Reconvene: 12:05 p.m.

Colloquy between Court and Defendant regarding enough time to go over the Indictment.

Defense counsel requested to appear by video for the detention hearing.
Court denies Defense counsel to appear by video due to the Defendant needing an Interpreter.

Colloquy between Court and counsel regarding previous detention hearing on his Rule 5 hearing.

Defense counsel advises the Court that the Defendant's brother is in the courtroom.

**The Court ordered:**

1. Court approves Financial Affidavit (CJA 23) for Interpreter purposes.
2. As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings. Order forthcoming.
3. Defendant shall be detained by the U. S. Marshal until further order of the Court.

**Detention Hearing:**
**03/14/2023 @ 10:00 a.m.**
**[R/ACE]**