UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
MAR 09 2023
SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Farooq Yaseen,

Defendant's Printed Name.

No. 4:21-CR-06042-MKD-19

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - INDICTMENT

The undersigned defendant does hereby acknowledge: I appeared on this date and was advised as follows:

1. Of the charge or charges placed against me, and I acknowledge receipt of a copy of the:

    ☒ Indictment

    ☐ First/Second/Third/Fourth Superseding Indictment

2. Of the maximum penalty provided by law;

3. My right to remain silent at all times and if I make a statement it can be used against me;

4. My right to retain my own counsel; and if I am without funds, to have counsel appointed to represent me in this matter;

5. My right to a jury trial before a United States District Judge, to be confronted by the United States' witnesses and to have witnesses attend on my behalf;

6. My right to a detention hearing, if I am in custody;

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

7. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my arrest or detention.

_S/ CDC_　　　　　　　　　　　　Date: 3/9/23
Interpreter Signature

**Hasanain A. Alsabea**　　　　　　_[signature]_
Interpreter Printed Name　　　　　　Defendant Signature

electronically authorized　　　　　**Farooq Yaseen**
　　　　　　　　　　　　　　　　Defendant Printed Name

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2