Vanessa R. Waldref
United States Attorney
Eastern District of Washington
George J.C. Jacobs, III
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>INSAF A. KARAWI (3),<br>HASANEIN A. YASER (4),<br>MOHAMMAD BAJAY (7),<br>AMAR F. ABDUL-SALAM (12),<br>SEIFEDDINE A. AL-KINANI (16),<br>FIRAS S HADI (18), and<br>FAROOQ S. YASEEN (19).<br><br>Defendant. | Case No.: 4:21-CR-6042-MKD<br><br>UNITED STATES' RESPONSE TO MOTION TO CONTINUE |

Plaintiff United States of America, by and through Vanesa R. Waldref, United States Attorney for the Eastern District of Washington, and George J.C. Jacobs, III, Assistant United States Attorney for the Eastern District of Washington, hereby files its Response to Defendant INSAF A. KARAWI's Motion to Continue (ECF No. 815). The United States does not oppose Defendant's motion to continue trial date and resetting dates for filing pretrial motions and pretrial conference.

UNITED STATES' RESPONSE TO MOTION TO CONTINUE - 1

Dated: June 12, 2023.

Vanessa R. Waldref
United States Attorney

*s/ George J.C. Jacobs, III*
George J.C. Jacobs, III
Assistant United States Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to defense counsel of record.

*s/ George J.C. Jacobs, III*
George J.C. Jacobs, III
Assistant United States Attorney

UNITED STATES' RESPONSE TO MOTION TO CONTINUE - 2