Christopher Black
Black & Askerov, PLLC
705 Second Avenue, Ste. 1111
Seattle, WA 98104
206.623.1604
Attorney for Defendant Farooq Yaseen

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>FAROOQ YASEEN,<br><br>       Defendant. | No. 4:21-cr-06042-MKD<br><br>MOTION TO WITHDRAW<br>AS COUNSEL |

Christopher Black, counsel for defendant Farooq Yaseen, respectfully moves the Court to withdraw as counsel. The basis for the request is summarized in an *ex parte* declaration of counsel filed in conjunction with this motion.

Respectfully submitted this 29th day of June, 2023.

BLACK & ASKEROV, PLLC

_____
Christopher Black
Attorney for Farooq Yaseen

MOTION TO WITHDRAW AS COUNSEL - 1