FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>    v.<br><br>FAROOQ S. YASEEN (19),<br><br>                 Defendant. | No. 4:21-CR-06042-MKD-19<br><br>ORDER GRANTING DEFENSE COUNSEL'S MOTION TO WITHDRAWAL<br><br>**ECF No. 835** |

      On June 29, 2023, the Court conducted an ex parte hearing regarding the status of counsel. Counsel for Farooq Yaseen (19)'s has filed a Motion to Withdrawal as Counsel. ECF No. 835. Christopher Black, Defendant's current counsel of record, seeks permission to withdraw and asks that new counsel be appointed to represent Defendant Yaseen (19). The Court has reviewed the record and heard from counsel and Mr. Yaseen and is fully informed.

      Accordingly, **IT IS HEREBY ORDERED:**

      1.    Christopher Black's Motion for Withdrawal as Counsel, **ECF No. 835**, is **GRANTED**.

ORDER – 1

2. This matter is **REFERRED** to Magistrate Judge Alexander Ekstrom for appointment of CJA counsel.

3. Judge Ekstrom should **APPOINT** new defense counsel to represent Defendant Farooq Yaseen (19), **PROVIDE A COPY** of this order to replacement defense counsel, and then **TERMINATE** Christopher Black as counsel for Defendant.

4. Newly appointed defense counsel shall immediately **REVIEW** the requirements of the Court's prior Case Management Order, ECF No. 767.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, Magistrate Judge Alexander Ekstrom, and the United States Probation Office.

**DATED** June 29, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE